IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:07mj00197 |
| v. | : | |
| WILLIAM DOZIER | : | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss, filed December 7, 2007 (R. 20), the Court finds that sufficient reasons have been provided to find the Motion to Dismiss has been made in good faith, and thus GRANTS the Motion to Dismiss. Accordingly, the Complaint filed with the Court in the above captioned case as to WILLIAM DOZIER is hereby DISMISSED WITHOUT PREJUDICE.

DATE: 12-11-07

SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE